**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01219-CR

**RUBIN CRAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-54318-Y**

## ORDER

The Court **REINSTATES** the appeal.

On March 27, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On April 25, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 27, 2013 order requiring findings.

We **GRANT** the April 25, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      DAVID EVANS
         JUSTICE